DANIEL MALAKAUSKAS, SBN 265903
P.O. Box 7006
Stockton, CA 95267
Telephone: (866) 790-2242
Facsimile: (888) 802-2440
Email: daniel@malakauskas.com

Attorney for PLAINTIFF

RUSSELL P. BURKE 249581
Williams, Brodersen & Pritchett LLP
2222 West Main Street
Visalia, CA 93291
Telephone: (209) 667-1889
Facsimile: (209) 667-1809

Attorney for DEFENDANTS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| **CYNTHIA HOPSON**,<br><br>PLAINTIFF,<br><br>v.<br><br>**CLC IN & OUT FOOD MART, LLC**, as an entity, and doing business as "Shell", **IN & OUT FOOD MART, INC.**, as an entity, and doing business as "Shell", and DOES 1-10, inclusive,<br>DEFENDANTS. | **CASE NO.: 1:16-cv-1707-LJO-SAB**<br><br>**REQUEST FOR A CONTINUANCE OF THE RULE 26 CONFERENCE** |

**LET THIS HONORABLE COURT TAKE NOTICE:**

Plaintiff, CYNTHIA HOPSON, and Defendants, CLC IN & OUT FOOD MART, LLC, and IN & OUT FOOD MART, INC., respectfully request that the Court continue the Status

Conference set for March 21st 2017, at 9:30 a.m., for thirty (30) days in order to allow Defendants to file their answer and for the parties to meet and confer prior to the scheduling conference.

Furthermore, Plaintiff's Attorney, Daniel Malakauskas, failed to realize until recently that he would be on an airplane at the schedule conference time.

**IT IS HEREBY STIPULATED.**

Dated:  March 17th, 2017                                    Respectfully submitted,

/s/Daniel Malakauskas_____
By: Daniel Malakauskas,
Attorney for Plaintiff


Dated: March 17th, 2017                                     /s/Russell P. Burke_____
By: Russell P. Burke, of
Williams, Brodersen & Pritchett LLP
Attorneys for Defendants


### ORDER

**IT IS HEREBY ORDERED**, that the status conference is continued from March 21st, 2017, at 9:30 a.m. until April 24, 2017 at 3:30 p.m. before Magistrate Judge Stanley A. Boone. A Joint Scheduling report is due one week before the new conference date.

IT IS SO ORDERED.

Dated:   **March 17, 2017**                                  _____
UNITED STATES MAGISTRATE JUDGE