# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>    Plaintiff,<br><br>    v.<br><br>CLC IN & OUT FOOD MART, LLC, et al.,<br><br>    Defendants. | Case No.  1:16-cv-01707-LJO-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 10)<br><br>DEADLINE: MAY 30, 2017 |

On March 30, 2017, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED;

2. The parties shall file dispositional documents on or before May 30, 2017; and

3. Failure to comply with this order may result in the issuance of sanctions.

IT IS SO ORDERED.

Dated:  **March 31, 2017**

UNITED STATES MAGISTRATE JUDGE

1